No. 1.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 4.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 13.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB A. JACOBS v. NATHAN E. NEWMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD L. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD. AUGUST B. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE WAREHOUSEMEN'S ASSOCIATION OF THE PORT OF NEW YORK, INC., for a Writ of Mandamus to Be Directed to MICHAEL COSGROVE, as Commissioner of Docks of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

GEORGE F. ARMAND, as Administrator, etc., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERENICE L. BAUMANN v. CHARLES LUDWIG BAUMANN and Others.— Motion for reargument granted and, upon reargument, order entered December 20, 1929, vacated, and plaintiff's motion to dismiss appeal denied. Motion in other respects denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE REAL ESTATE HOLDING CORPORATION and Another v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Impleaded with JEAN JOSEPH ADAM and Others, and FRED A. TOOTE and Another, as Trustees, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCRECIA SANCHEZ, as Administratrix (Impleaded with GABRIEL VALENCIA, as Administrator) of the Estate of EDUARDO SANCHEZ, Deceased, v. GUARDIAN TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. COOGAN v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY. — Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LUDWIG STEFFENS v. EASTERN STEAMSHIP LINES, INC.— Motion withdrawn, stay vacated, and order to show cause and appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARVINE HOLDING CORPORATION v. ANTONIO FILIPPI, Impleaded, etc.— Motion